UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 15 AM 10: 00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 MJ 2528

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alvaro SANCHEZ-Lopez<br>(AKA: Merlin Guzman-Ruiz,<br>      Alfredo Flores-Martinez,<br>      Rodolfo Vasquez-Perez,<br>      Tomas Ruiz-Diaz)<br>Defendant. | Magistrate Case No._____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation |

The undersigned complainant being duly sworn states:

On or about **August 14, 2008**, within the Southern District of California, defendant **Alvaro SANCHEZ-Lopez (aka: Merlin Guzman-Ruiz, Alfredo Flores-Martinez, Rodolfo Vasquez-Perez, Tomas Ruiz-Diaz)**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this **15th** day of **August, 2008**.

UNITED STATES MAGISTRATE JUDGE

8/14/08



## PROBABLE CAUSE STATEMENT

On August 14, 2008, at approximately 04:10 AM, **Alvaro SANCHEZ-Lopez (aka: Merlin Guzman-Ruiz, Alfredo Flores-Martinez, Rodolfo Vasquez-Perez, Tomas Ruiz-Diaz) (Defendant)** applied for admission to enter the United States from Mexico at the San Ysidro, California Port of Entry vehicle entrance driving a 1988 Mazda 626. Defendant presented a Permanent Resident Alien Card (Form I-551) bearing the name of Gerardo Camacho as his entry document to a Customs and Border Protection (CBP) officer. Accompanying Defendant was Patricia Gonzalez-Salazar who presented an I-551 bearing the name Bertha Alvarez De Rodriguez. The CBP officer noticed the photo on the card did not resemble Defendant and noticed the fingerprints of both occupants did not appear to match the fingerprints pictured on the cards. The CBP officer suspected both occupants were not the lawful owners of the documents they presented and escorted them to secondary for further investigation.

In secondary inspection, both occupants were discovered to be imposters on the I-551 cards they presented. Defendant's fingerprint and photograph were queried through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported alien. Defendant's identity was verified using the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS linked Defendant to FBI and Immigration Service records.

Queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant to be a citizen of Mexico with no legal documents to enter the United States. CIS and DACS queries found that Defendant was deported from the United States by an immigration judge on or about March 12, 2001 and on or about September 5, 1997. Immigration service records also indicated no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without the benefit of counsel. During a subsequent interview, Defendant admitted he is a citizen of Mexico by birth in Michoacán, Mexico. Defendant admitted he has no document or other benefit that would permit his legal entry into the United States. Defendant admitted he has been ordered deported and removed from the United States to Mexico. Defendant admitted he has not applied for or received permission to re-enter the United States.

Defendant admitted he is not the lawful owner of the document he presented and intended to use it to enter the United States. Defendant stated he intended to travel to Los Angeles, California to reunite with his family.